## MARY BRENNAN *v.* TOWN OF FAIRFIELD

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16342.

*Brenden P. Leydon,* in support of the petition.

*Charles W. Fleischmann,* in opposition.

Decided July 6, 2000

## HARRY V. KEEFE, JR. *v.* NORWALK COVE MARINA, INC., ET AL.

*John J. Ryan,* in support of the petition.

*Brendan J. O'Rourke,* in opposition.

Decided July 13, 2000